Law Office of Steven B. Katz, PA

4300 N. University Drive
Suite A-106
Lauderhill, FL 33351

July 9, 2019

Via First Class Mail

| | |
|---|---|
| John Mcdonough Jr.<br>1754 NW 55 Ave #103<br>Lauderhill, FL 33313 | John Mcdonough Jr.<br>16420 Ontario Pl<br>Davie, FL 33331 |

RE:   RENT COLLECTION FOR TREE GARDEN CONDO ASSOCIATION, INC.
      Unit: 103
      Our Matter #: 1085-013

Dear Sir/Madam:

Please be advised that this office represents TREE GARDEN CONDO ASSOCIATION, INC. (the "Association"). Your account has been turned over to this office for collection purposes. The Association records indicate that you owe $26,168.70 through July 31, 2019 (the "Delinquency").

Pursuant to Florida Statute 718.116(11)(a), the Association is making demand to your tenant that your tenant pay rent to the Association. This demand is being made under separate cover. If your tenant makes subsequent payments to the Association, your tenant may continue to reside in your unit and your tenant's payments will be applied to your account to reduce your delinquency. Should your tenant pay enough rent to pay your delinquency in full, your tenant will be notified to resume making rental payments to you.

In the event that your tenant fails to make rental payments to the Association, the Association may opt to evict your tenant for nonpayment of rent pursuant to Florida Statute 718.116 (11)(d). Please note that pursuant to Florida Statute 718.116(11)(a)(4), for long as your tenant is paying rent to the Association, you are not permitted to make a claim for nonpayment of rent.

I have enclosed a copy of the text of Florida Statute 718.116(11) for your review.

If you wish to discuss the delinquency or settlement thereof, please contact Janine Acker at (954) 726-0805 or ja@sbk.legal   Any written correspondence may be mailed to my attention at the Law Office of Steven B. Katz, P A., 4300 N. University Drive Suite A-106, Lauderhill, FL 33351.

**DISCLOSURE STATEMENT PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § 1692a, et. Seq.**

Please be advised that the Association is attempting to collect a debt, and any information obtained thereto will be used for the stated purpose of collecting said debt.  **If you, the debtor, fail to dispute the validity of the aforementioned debt or any portion thereof owing to the Association, within thirty (30) days after the receipt of this notice, the undersigned attorney will assume that the debt is a valid one.**  If you, the debtor, notify the undersigned attorney in writing, within the above-mentioned thirty (30) day period that the aforementioned debt, or any portion thereof, is in dispute the undersigned attorney shall obtain written verification of said debt from the creditor and send you, the debtor, by U. S. Mail, same written verification.  Upon written request by you, the debtor, to the undersigned attorney within said thirty (30) day period, the undersigned attorney will provide you, the debtor, with the name and address of the original creditor if different from the current creditor.

PLEASE GOVERN YOURSELF ACCORDINGLY

Sincerely,

**Law Office of Steven B. Katz, PA.**

Steven B. Katz, ESQUIRE


SBK/ja

cc:  TREE GARDEN CONDO ASSOCIATION, INC.