**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-62188-CIV-ALTONAGA/Seltzer**

**STEPHANIE ANDERSON**,

    Plaintiff,
vs.

**LAW OFFICE OF STEVEN B. KATZ, P.A.**,

    Defendant.
_____/

**ORDER**

THIS CAUSE came before the Court upon Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss [ECF No. 20]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion [ECF No. 20] is **GRANTED**. Plaintiff, Stephanie Anderson, has up to and including **November 19, 2019**, to file a response to Defendant's Motion to Dismiss [ECF No. 19].

**DONE AND ORDERED** in Miami, Florida, this 13th day of November, 2019.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record