UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62188-CIV-ALTONAGA/Seltzer

**STEPHANIE ANDERSON**,

    Plaintiff,
v.

**LAW OFFICE OF STEVEN B. KATZ, P.A.**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On October 17, 2019, the Court entered an Order Setting Trial and Pre-Trial Schedule [ECF No. 14] requiring the parties to select a mediator; schedule a time, date, and place for mediation pursuant to Local Rule 16.2; and jointly file a proposed order scheduling mediation on or before November 6, 2019. (*See id.* 1). The parties failed to do so. On November 19, 2019, the Court entered an Order [ECF No. 25] directing the parties to comply with the October 17, 2019 Order by November 21, 2019. (*See id.* 1). To date, the parties have not complied with the October 17, 2019 Order, nor have they requested additional time to do so.

Accordingly, it is

**ORDERED AND ADJUDGED** that the case is **DISMISSED without prejudice**. The Clerk of Court is directed to **CLOSE** the case, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of November, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record